IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC DEAN,** | 2:07-cv-01531-WBS-KJM P |
| Petitioner, | **ORDER GRANTING REQUEST FOR LEAVE TO FILE AMENDED ANSWER** |
| v. | |
| **THOMAS CAREY, et al.,** | |
| Respondents. | |

**GOOD CAUSE APPEARING**, Respondents' request for leave to file an amended answer (docket no. 8) is granted.  The Clerk is directed to file the amended answer submitted to the court on February 15, 2008.   Petitioner may file a reply to the amended answer within 30 days from the date of service of this order.

DATED:  February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

SA2008100060

*Order*

1