IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC DEAN,

        Petitioner,         No. CIV S-07-1531 WBS KJM P

   vs.

THOMAS CAREY, et al.,

        Respondents.        <u>ORDER</u>

                           /

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket no. 11) is granted; and

        2. Petitioner shall file and serve a traverse on or before April 16, 2008.

DATED: March 17, 2008.

                                              U.S. MAGISTRATE JUDGE

/mp
dean1531.111(2)