1
2
3
4
5
6
7
8
9          IN THE UNITED STATES DISTRICT COURT
10         FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  ERIC DEAN,
13                                      No. 2:07-cv-01531-MMM
14              Petitioner,
15
16      vs.
17
18  THOMAS CAREY, Warden, et al.,
19              Respondents          ORDER DENYING STAY
20
21

22      Respondent Thomas Carey moves for a stay pending appeal of the Court's

23  October 5, 2010 Order granting Eric Dean's petition for habeas corpus.  In

24  deciding whether to grant a stay pending appeal, the Court considers four factors:

25  (1) whether the stay applicant has made a strong showing of likely success on the

26  merits; (2) whether the applicant will be irreparably injured absent a stay; (3)

27  whether issuance of a stay will substantially injure the other party; and (4) where

28  the public interest lies.  Golden Gate Restaurant Ass'n v. City and County of San

29  Francisco, 512 F.3d 1112, 1115 (9th Cir. 2008).

30      Here, the Court finds that the factors do not support granting a stay.  Carey

1   has not shown a strong likelihood of success on the merits.  Carey argues that the

2   Court erred by reviewing the parole board's decision to deny Dean parole because

3   the "some evidence" requirement is a state-created procedure that is not part of the

4   state liberty interest in parole, and thus is not a procedural protection required

5   under federal law.  The Ninth Circuit has already considered and rejected this

6   argument.  See Pearson v. Muntz, 606 F.3d 606, 608-10 (9th Cir. 2010), rehearing

7   en banc denied ___ F.3d ___, 2010 WL 4227461 (9th Cir. Oct. 26, 2010); see also

8   Haggard v. Curry, ___ F.3d ___, 2010 WL 4015006, at *5 (9th Cir. Oct. 12,

9   2010); Cooke v. Solis, 606 F.3d 1206 (9th Cir. 2010); Hayward v. Marshall, 603

10  F.3d 546 (9th Cir. 2010).

11         Carey will not be irreparably injured absent a stay, and a stay is not

12  necessary to protect the public interest.  When it granted Dean's habeas petition,

13  the Court ordered only that the parole board give Dean a new parole hearing that

14  conforms to California's due process requirements.  The Court did not order that

15  Dean be released.  See Haggard, 2010 WL 4015006, at *5-6 (9th Cir. Oct. 12,

16  2010).  In any event, denial of the stay does not affect Carey's option to appeal the

17  denial or his option for further proceedings following the parole hearing.  At the

18  same time, the issuance of a stay will substantially injure Dean because it will

19  deprive him of the new parole hearing to which he is entitled under California law.

2

1    <u>Id.</u> at \*6.

2        Accordingly, Carey's motion for a stay pending appeal is DENIED.

3

4    Dated: November 22, 2010               _M Margaret McKeown_____

5                                                HON. M. MARGARET McKEOWN

6                                                UNITED STATES CIRCUIT JUDGE

7                                                Sitting by Designation

8