IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC DEAN,

            Petitioner,

   vs.

THOMAS CAREY, Warden, et al.,

            Respondents.

No. 2:07-cv-01531-MMM

ORDER

In accord with the Ninth Circuit's order dated April 20, 2011, this case is dismissed with prejudice as moot.

Dated: July 25, 2012    /s/ Margaret McKeown
                                   HON. M. MARGARET MCKEOWN
                                   UNITED STATES CIRCUIT JUDGE
                                   Sitting by Designation